IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
ANTONIO G. MARTINEZ, ) Case No. 09-12115
) Chapter 7
Debtor(s). )
)

**TRUSTEE'S OBJECTION TO MOTION OF BAC HOME LOAN
SERVICING, L.P. FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW the trustee and for his objection states:

1. No evidence has been presented that the movant, BAC Home Loan Servicing, L.P., has any standing with regard to this case.

2. The only documents presented in support of the motion are a mortgage in favor of MERS "solely as nominee for lender" with "lender" indicated as Countrywide Bank, FSB.

3. In addition, the motion is supported by a note in favor of Countrywide Bank, FSB.

4. Countrywide Bank, FSB is not a party to the motion and would appear to be the only real party in interest with regard to this matter.

WHEREFORE, the trustee requests that the motion be denied.

              KLENDA, MITCHELL, AUSTERMAN
                & ZUERCHER, L.L.C.
              301 North Main, Suite 1600
              Wichita, Kansas 67202
              (316) 267-0331

              By: */s/ J. Michael Morris*
                J. Michael Morris #09292
                Attorney for Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2009, I electronically filed the foregoing Objection with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    William T. Holmes II
    12400 Olive Blvd., Suite 555
    St. Louis, MO 63141
        Attorney for BAC Home Loans Servicing, LP

                                            By: */s/ Sarah M. Fisher*
                                                      Sarah M. Fisher