IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
ANTONIO G. MARTINEZ, )  Case No. 09-12115
 )  Chapter 7
Debtor. )
_____)

## NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY PROPERTY MANAGER WITH OBJECTION DEADLINE OF SEPTEMBER 18, 2009 AND HEARING TO BE HELD OCTOBER 8, 2009 AT 9:00 A.M.

YOU ARE HEREBY notified that if no objection to the application to employ is filed in writing with the Clerk of the U.S. Bankruptcy Court by September 18, 2009 said application will be granted by entry of an order to be prepared and submitted by counsel for applicant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court, 401 North Market, Room 167, Wichita, Kansas 67202 a hearing will be scheduled on October 8, 2009 at 9:00 a.m.

Hearing will not be held on this application unless an objection and/or response is timely filed with the Clerk.

Dated: September 3, 2009

KLENDA, MITCHELL, AUSTERMAN
& ZUERCHER, L.L.C.
Suite 1600, 301 North Main
Wichita, Kansas 67202
(316) 267-0331
By:    *s/ J. Michael Morris*
        J. Michael Morris #09292
        Attorney for Trustee

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 3rd day of September, 2009 the above Notice together with the Application were electronically filed via CM/ECF with the U.S. Bankruptcy Court and transmitted via e-mail or mailed, postage prepaid and properly addressed to the following:

U.S. Trustee
301 N. Main, Suite 500
Wichita, KS 67202

*s/ Gretchen Butler*
Gretchen Butler